# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: **Larry Easley,** | Case No.: **22-24409** |
| **Debtor.** | Chapter: **13** |

## NOTICE OF MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

 Please take notice that on June 20, 2023, the debtor, Larry Easley., by the undersigned attorney, filed a Motion to Voluntarily Dismiss Chapter 13 Case. A copy of the motion is attached.

 **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

/s/Brett J. Pfeifer 1022646
Brett J. Pfeifer 1022646
Credit Solutions, S.C.
626 E. Wisconsin Ave, 10th Floor
Milwaukee, WI 53202
414-272-0077

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE:  **Larry Easley,**　　　　　　　　　　Case No.:　**22-24409**

　　　　**Debtor.**　　　　　　　　　　　　　Chapter:　**13**

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Here comes Brett J. Pfeifer, and Credit Solutions, S.C., Attorneys for Debtor, representing that:

1. The Debtor filed a Chapter 13 Bankruptcy on or about October 7, 2022.
2. The Debtor no longer wishes to proceed with the instant Chapter 13 Case.
3. The Debtor did not previously convert this case under any other chapter of the Bankruptcy Code.
4. The Debtor has an absolute right to dismiss his case.
5. The Debtor requests that all payroll orders in effect be cancelled.

WHEREFORE, the Debtor, through his attorneys, respectfully requests this court enter an order dismissing the Chapter 13 Case voluntarily and for any other relief this Court deems just and reasonable.

Respectfully submitted,

/s/ Brett J. Pfeifer 1022646
Brett J. Pfeifer 1022646
Credit Solutions, S.C.
626 E. Wisconsin Ave, 10th Floor
Milwaukee, WI 53202
414-272-0077

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: **Larry Easley,**        **Case No.:**    22-24409

       **Debtor.**        Chapter:    **13**

**CERTIFICATE OF SERVICE**

    The undersigned, an Attorney, does hereby certify that a copy of the within Notice of Motion and Motion to Voluntarily Dismiss was mailed by first class mail, postpaid and with return address, by depositing in the U.S. Mail at 626 E. Wisconsin Ave, Milwaukee WI 53202, or by electronic mail where indicated, on June 20, 2023 to the following parties and the parties on the attached matrix:

Chapter 13 Trustee, via electronic noticing

Larry Easley 7702 W Keefe Milwaukee, WI 53222

/s/ Brett J. Pfeifer 1022646
Brett J. Pfeifer 1022646
Credit Solutions, S.C.
626 E. Wisconsin Ave, 10th Floor
Milwaukee, WI 53202
414-272-0077