**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

IN RE:

| Larry Easley, | Case No.: 22-24409 |
|---|---|
| Debtor. | Chapter: 13 |

## ORDER DISMISSING CASE

Upon consideration of the debtor's motion to dismiss this Chapter 13 bankruptcy case, IT IS THEREFORE ORDERED:

The Chapter 13 Case of Larry Easley is voluntarily dismissed, effective immediately.

# # # # #